# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE

Ronald Dwight Eady

v.

Martin Transportation system and General Motors

)
)
)
)

NO. _____
(To be assigned by the Clerk's Office.
Do not write in this blank.)

## APPLICATION TO PROCEED IN FORMA PAUPERIS
## WITH SUPPORTING DOCUMENTATION

I, __Ronald Dwight Eady__, declare that I am the:

[✓] plaintiff/petitioner

[ ] defendant/respondent

[ ] Other: _____

in the above-reverenced proceeding. In support of my request to proceed without being required to prepay fees or give security therefor, I state that because of my poverty, I am unable to pay the fees for this action or give security therefor. I believe that I am entitled to the relief sought in my complaint/petition/answer/response. The nature of my action, defense, or other proceeding or the issues I intend to present are briefly stated as follows:

In further support of this application, I answer the following questions:

Page 1 of 10

## PERSONAL INFORMATION, EMPLOYMENT AND INCOME DATA

NAME (First    Middle    Last)     Eady — Ronald Dwight

YEAR OF BIRTH

8-9-63

SOCIAL SECURITY NUMBER (last 4 digits only)

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

PHONE NOS.

(615) 482 6926

HOME ADDRESS:

1004 W. Campbell Street    30 years

OWN OR RENT?    HOW LONG AT CURRENT ADDRESS?

Single

MARITAL STATUS:

Milan , 31 E L Morgan, Jackson TN

NAME AND ADDRESS OF CURRENT EMPLOYER:

731 723 8338

TELEPHONE NUMBER OF EMPLOYER:

3 weeks

HOW LONG AT CURRENT EMPLOYMENT?

Truck Driver

OCCUPATION (Describe what you do):

$ 2000. 00

IF EMPLOYED, STATE BOTH THE GROSS AND NET AMOUNTS OF YOUR SALARY AND WAGES PER MONTH.

GROSS: 2500. 00    NET: 1800. 00

IF NOT CURRENTLY EMPLOYED, GIVE MONTH AND YEAR OF LAST EMPLOYMENT:

Unemployed past 16 months

HOW MUCH DID YOU EARN PER MONTH AT YOUR LAST EMPLOYMENT:

Case 1:21-cv-00272-CEA-CHS    Document 1    Filed 11/04/21    Page 2 of 9    PageID #: 2

HAVE YOU RECEIVED ANY MONEY FROM ANY OF THE FOLLOWING SOURCES WITHIN THE PAST TWELVE MONTHS?

Business, professional or other form of self-employment?　[ ] Yes　[✔] No

If YES, state the source and amount:

Rent payments, interest, or dividends?　[ ] Yes　[✔] No

If YES, state the source and amount:

Pensions, annuities, or life insurance payments?　[ ] Yes　[✔] No

If YES, state the source and amount:

Gifts or inheritance?　[ ] Yes　[✔] No

If YES, state the source and amount:

Any other source?　[ ] Yes　[✔] No

If YES, state the source and amount:

Case 1:21-cv-00272-CEA-CHS　Document 1　Filed 11/04/21　Page 3 of 9　PageID #: 3

## ASSETS:

LIST ANY OF THE FOLLOWING ASSETS THAT YOU OWN AND THE TOTAL VALUE

CASH $ —O—

CHECKING ACCOUNTS TOTAL BALANCE (List Banks Below)  $
**(Do NOT include account numbers)**

-124.00

SAVINGS ACCOUNTS–TOTAL BALANCE (List Banks Below)  $
**(Do NOT include account numbers)**

N/A

STOCKS AND BONDS $ —O—

REAL ESTATE–CURRENT FAIR MARKET VALUE
(List Locations Below)

$ —O—

$

$

**TOTAL REAL ESTATE** $ —O—

Case 1:21-cv-00272-CEA-CHS   Document 1   Filed 11/04/21   Page 4 of 9   PageID #: 4

## LIABILITIES
### (DO NOT INCLUDE ACCOUNT NUMBERS)

NOTES (LOANS) PAYABLE TO BANKS (List bank name and amount of loan only)

PAy day LoANS  $ 3300.00

Title Bucks  $ 3000.00

$ _____

| | |
|---|---|
| **TOTAL LOANS PAYABLE TO BANKS** | $ 6300.00 |

| | |
|---|---|
| NOTES (LOANS PAYABLE TO OTHERS) | $ 1500.00 |
| MORTGAGES PAYABLE ON REAL ESTATE | $ |
| CREDIT CARDS AND ACCOUNTS PAYABLE TO CREDITORS | $ |
| MEDICAL BILLS | $ |
| TAXES AND ASSESSMENTS PAYABLE | $ 1500.00 |
| OTHER LIABILITIES (Itemize) | |

$ _____

$ _____

$ _____

| | |
|---|---|
| **TOTAL LIABILITIES** | $ 9300.00 |

Case 1:21-cv-00272-CEA-CHS     Document 1     Filed 11/04/21     Page 5 of 9     PageID #: 5

## LIVING EXPENSES

| | Monthly Payment | Balance Owing |
|---|---|---|
| [ ] RENT or [ ]MORTGAGE PAYMENT (check one) | $ _____ | $ _____ |
| ELECTRICITY | $ 400 | $ _____ |
| WATER | $ 150.00 | $ _____ |
| GAS | $ 200.00 | $ _____ |
| TELEPHONE | $ 100.00 | $ _____ |
| FOOD | $ 200.00 | $ _____ |
| ALIMONY | $ _____ | $ _____ |
| CHILD SUPPORT | $ _____ | $ _____ |
| CHILD CARE | $ _____ | $ _____ |
| SCHOOL EXPENSES | $ 3000.00 | $ _____ |
| AUTOMOBILE NOTE | $ 200 | $ _____ |
| AUTOMOBILE INSURANCE | $ _____ | $ _____ |
| AUTOMOBILE REPAIRS | $ _____ | $ _____ |
| GASOLINE | $ 150.00 | $ _____ |
| FURNITURE NOTE | $ _____ | $ _____ |
| CLOTHING | $ _____ | $ _____ |
| CABLE TELEVISION | $ _____ | $ _____ |
| LIFE INSURANCE | $ _____ | $ _____ |
| HOSPITALIZATION INSURANCE | $ _____ | $ _____ |
| DOCTORS | $ _____ | $ _____ |
| DRUGS | $ 100.00 | $ _____ |
| CREDIT CARDS | $ _____ | $ _____ |
| OTHER CHARGE ACCOUNTS OR CREDITORS | $ _____ | $ _____ |
| TAXES | $ 1500.00 | $ _____ |
| ANY OTHER EXPENSES (LIST) | | |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

**TOTAL EXPENSES** $ 4650.00

Case 1:21-cv-00272-CEA-CHS    Document 1    Filed 11/04/21    Page 6 of 9    PageID #: 6

## SPOUSES' PERSONAL INFORMATION; EMPLOYMENT AND INCOME DATA

NAME (First          Middle          Last)                          YEAR OF BIRTH

*N/A*

SOCIAL SECURITY NUMBER (last 4 digits only)                    PHONE NOS.

HOME ADDRESS (if different from yours):

*Single*

OWN OR RENT?                              HOW LONG AT CURRENT ADDRESS?

NAME AND ADDRESS OF CURRENT EMPLOYER:

TELEPHONE NUMBER OF EMPLOYER:

HOW LONG AT CURRENT EMPLOYMENT?

OCCUPATION (Describe what your spouse does):

SPOUSE'S CURRENT MONTHLY INCOME:

     Salary or Wages                              $_____

     Commissions                                  $_____

     All other sources (Pensions; Soc.Sec.;
     Rent; Interest; Dividends; Alimony, etc.)    $_____

          **TOTAL:**              $_____

Case 1:21-cv-00272-CEA-CHS     Document 1     Filed 11/04/21     Page 7 of 9     PageID #: 7

## NAME OF DEPENDENTS AND INCOME (If any)
### (For Minor Children, only provide first initials)

Names:                    Age:                    Relationship:          Living
                                                                          With Whom?

N/A

_____

_____

_____

_____

TOTAL MONTHLY INCOME OF DEPENDENTS INCLUDING
CHILD SUPPORT PAYMENTS (exclude spouse)                    $_____

TOTAL MONTHLY INCOME OF APPLICANT, SPOUSE,
AND DEPENDENTS                                             $_____

Case 1:21-cv-00272-CEA-CHS    Document 1    Filed 11/04/21    Page 8 of 9    PageID #: 8

## AFFIDAVIT

I hereby certify that the above statement is true and that it is a complete statement of all my income and assets, real and personal, whether held in my name or by any other, under penalty of perjury.

10-31-21
DATE

*Ronald Dwight Eadi*
SIGNATURE

Created:          January 31, 2007
IPF Application.wpd