

# UNITED STATES DISTRICT COURT
for the
Eastern District of Chattanooga

_____ Division

Ronald Dwight Eady

*Plaintiff (s)*

-v-

Martin Transportation Systems and General Motors CT Corporation Systems

Defendant(s)

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 1:21-cv-272 CEA CHS
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* (Yes)  No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

A. **The Plaintiff (s)**

Provide the information below for each Plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Ronald Dwight Eady |
| Street Address | 1004 W Campbell St. |
| City and County | Fayetteville, Lincoln County |
| State and Zip Code | TN 37334 |
| Telephone Number | (615)-482-6926 |
| E-mail Address | |

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: Martin Transportation Systems
- Job or Title *(if known)*:
- Street Address: 2908 Poston Avenue
- City and County: Nashville
- State and Zip Code: TN 37203
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 2
- Name: General Motors CT Corporation Systems
- Job or Title *(if known)*:
- Street Address: 300 Montvue Road
- City and County: Knoxville
- State and Zip Code: TN 37919
- Telephone Number: +1 865-633-6092
- E-mail Address *(if known)*:

Defendant No. 3
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 4
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any Plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

(Federal question) ✓     Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Martin Transportation Systems is a transportation and logistics company that provides on-demand freight services for interstate transportation of commercial goods. As the company operates within the State of Tennessee, this court filing in the United States of District Court for the State of Tennessee is the basis of jurisdiction for the complaint.*

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff (s)

    a. If the Plaintiff is an individual
       The Plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the Plaintiff is a corporation
       The Plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one Plaintiff is named in the complaint, attach an additional page providing the same information for each additional Plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation
      The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

The Amount in Controversy

The amount in controversy–the amount the Plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$ 20,000,000 because of mistreatment and unfair termination during the pandemic.

## III. Statement of Claim

*Plaintiff, Ronald Eady (African American male), was employed by Martin Transportation Systems as a truck driver from February 8, 2021, to February 26, 2021.*

*On February 26, 2021, he was wrongfully discharged by Kelly Mahoney (white), Director of Operations for MTS. The defendant banned him from 'all facilities.' of General Motors CT Corporation Systems. Plaintiff was terminated for allegedly breaching protocol and falsifying information in the COVID-19 pre-screen form he filled out— prior to the shift— at 3:30 a.m. As per company policy, he logged into the system and answered a few questions. One of them asked whether he had been around someone with coronavirus, and he answered 'no'.*

*However, later that day, his immediate supervisor, Jennifer Wilson, informed him that she had been off work for 3 days because she had tested positive for the coronavirus disease. Having met Jennifer Wilson on February 23, for a meeting in a 30 ft camper (referred to as home terminal), Plaintiff was concerned about his wellbeing. Their proximity meant that he might have had contracted the disease. He immediately contacted his dispatcher, Jessica Boyce. She encouraged him to drop the trailer and get tested.*

*However, on-route to the hospital, Kevin Mahoney called plaintiff to terminate his employment.*

*Let it be known that Plaintiff was unaware of Jennifer Wilson's illness. That means he answered the MTS pre-screening test to the best of his abilities at that time. He requested an immediate check-up when he realized that he might have been exposed. Instead of granting his rights, his employer (Kevin Mahoney) discharged him on the same day. Not only did the defendant retaliate against Plaintiff's request to receive medical attention, but he was also reprimanded for leaving the team short-staffed on his evening run to Bowling Green, Ky. It indicates that MTS doesn't care about employee health or safety. Upon termination, Mr. Eady filed a charge against the defendants with the EEOC in Nashville, TN. His complaint was declined based on falsified evidence presented by the defendant(s).*

*Plaintiff claims that MTS unjustly terminated him. As a minority, Plaintiff feels victimized and singled out by the company's racially biased behavior. The defendant(s) violated the Americans with Disability Act Amendments Act of 2008 and Title VII of the Civil Rights Act 1964, as amended. He lost his job and monthly earnings because of racial discrimination. Due to this, he experienced financial problems and mental distress for an extended period.*

*Plaintiff requests the civil court to investigate that Jennifer Wilson had contracted coronavirus and was off work during their last correspondence while reviewing his complaint against wrongful termination. She no longer works at MTS and has presumedly left the company after falsely testifying against the EEOC charge filed by the plaintiff. Her testimony under oath in the federal court and medical history concerning her illness in February can shed light on the truth.*

## IV. Injuries

After being wrongfully terminated, I suffered significant mental and emotional distress. I have been out of work for an extended period with inadequate financial support.

## V. Relief

State briefly and precisely what damages or other relief the Plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*Loss wages, back pay and front pay damages for emotional distress. Punitive and compensatory pay damages.*

*$20,000,000*

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff _____
Printed Name of Plaintiff _____

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

Respectfully submitted,

_____

Ronald. D. Eady
1004 W Campbell St.
Fayetteville, Lincoln County
TN 37334
(615)-482-6926

## Certificate of Service

I hereby certify that on this day, Nov 2, 2021 that a copy of the foregoing complaint was served via first-class US mail, postage prepaid upon Martin Transportation Systems, 2908 Poston Avenue, Nashville, TN 37203.

/s/ **Ronald D. Eady**

Respectfully submitted,

_____

Ronald. D. Eady
1004 W Campbell St.
Fayetteville, Lincoln County
TN 37334
(615)-482-6926

## Certificate of Service

I hereby certify that on this day, Nov 2 , 2021 that a copy of the foregoing complaint was served via first-class US mail, postage prepaid upon General Motors CT Corporation Systems, 300 Montvue Rd, Knoxville, TN 37919 .

/s/ **Ronald D. Eady**

*Ronald D Eady*
*11-3-21*