UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| RONALD DWIGHT EADY, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Case No. 1:21-cv-272 |
| v. ) | |
| ) | Judge Atchley |
| MARTIN TRANSPORTATION SYSTEMS ) | |
| and GENERAL MOTORS CT ) | Magistrate Judge Steger |
| CORPORATION SYSTEMS, ) | |
| ) | |
| *Defendants*. ) | |

# ORDER

On May 31, 2022, United States Magistrate Judge Christopher H. Steger filed a Report and Recommendation ("R&R") [Doc. 7] pursuant to 28 U.S.C. § 636 and the Rules of this Court. Judge Steger recommended the action be dismissed without prejudice and the application for *in forma pauperis* status be denied. [*Id.* at 5]. Plaintiff has not filed an objection to the R&R.[1] However, the Court has nonetheless reviewed the R&R [*Id.*], as well as the record, and agrees with Judge Steger's conclusions.

Accordingly, the Court **ACCEPTS** and **ADOPTS** Judge Steger's findings of fact and conclusions of law as set forth in the R&R. [Doc. 7]. This action is hereby **DISMISSED** without prejudice and the application for *in forma pauperis* status is **DENIED** as moot.

**SO ORDERED**.

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**

---

[1] Magistrate Judge Steger advised that the parties had fourteen days in which to object to the Report and Recommendation and that failure to do so would waive any right to appeal. [Doc. 7 at 5 n.2]; *see* Fed. R. Civ. P. 72(b)(2); *see also Thomas v. Arn*, 474 U.S. 140, 148-51 (1985) ("It does not appear that Congress intended to require district court review of a magistrate judge's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings.").